UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SHUANG YOU WU,

           Plaintiff,

- against -

JP MORGAN CHASE BANK, N.A.,

           Defendant.

Case No.: 23-cv-00763 (JPC)

**ORAL ARGUMENT REQUESTED**

### NOTICE OF JPMORGAN CHASE BANK, N.A'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the annexed Declaration of Tyler J. Kandel, Esq., dated April 5, 2023, and the exhibits annexed thereto, and the Memorandum of Law in Support of Defendants' Motion to Dismiss, dated April 5, 2023, the undersigned will move this Court at a at a date and time designated by the Court for an Order, pursuant to Fed. Rules of Civ. Proc. Rule 12(b)(6), dismissing the Complaint in its entirety, with prejudice, and granting JPMorgan Chase Bank, N.A. such other and further relief as this Court deems just, proper and equitable.

PLEASE TAKE FUTHER NOTICE that, defendant JPMorgan Chase Bank, N.A. hereby request oral argument.

Dated: New York, New York
April 5, 2023

SHERMAN ATLAS SYLVESTER & STAMELMAN, LLP

By:   */s/ Tyler J. Kandel*
Tyler J. Kandel
Lauren C. Watson
1185 Avenue of the Americas, 3rd Floor
New York, New York 10036
Tel. No: (212) 763-6464
*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

---

Pursuant to Rule 6.A of the Court's Individual Rules and Practices in Civil Cases, "a party seeking to file a motion must submit a pre-motion letter."  Defendant has failed to do so.  Therefore, Defendant's motion is denied without prejudice.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 14.

SO ORDERED.
Date: April 6, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge